NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROGERS W. HALL,**
*Claimant-Appellant*

**v.**

**DOUGLAS A. COLLINS, Secretary of Veterans Affairs,**
*Respondent-Appellee*

---

2026-1416

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 24-6667, Judge Coral Wong Pietsch.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Rogers W. Hall's unopposed motion to withdraw his appeal pursuant to Federal Rule of Appellate Procedure 42(b), with each party to bear its own costs,

IT IS ORDERED THAT:

(1)  The motion is granted.  The appeal is withdrawn.

2                                            HALL v. COLLINS

(2)  Each party shall bear its own costs.

FOR THE COURT



Jarrett B. Perlow
Clerk of Court

March 16, 2026
      Date

ISSUED AS A MANDATE:  March 16, 2026